IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM P. RIDDICK, MARY G. RIDDICK, AND JESS L. MAYFIELD, AS TRUSTEE FOR RIDDICK FAMILY 76 TRUSTS <br><br> v. <br><br> NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND WES WERNEKING | NO. 5:17-cv-00666 <br><br> JURY DEMAND |

### DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**NOW COMES** Defendant National Fire Insurance Company of Hartford and, in accordance with Federal Rule of Civil Procedure 7.1, files the following Disclosure Statement.

1. National Fire Insurance Company of Hartford is wholly owned by Continental Casualty Company. Continental Casualty Company is wholly owned by The Continental Corporation.

2. The Continental Corporation is wholly owned by CNA Financial Corporation. CNA Financial Corporation has issued shares to the public.

3. Loews Corporation owns the majority of the stock of CNA Financial Corporation and is publicly traded.

4. No other corporation owns 10% or more of the stock of CNA Financial Corporation.

Respectfully submitted,

/s/ *Anthony S. Cox*
Anthony S. Cox
Texas Bar No. 04935000
Anthony.Cox@cna.com
**CNA COVERAGE LITIGATION GROUP**
700 N. Pearl Street, Suite 450
Dallas, Texas 75201
(214) 220-5910 – Direct Dial
(214) 220-5902 – Facsimile

**ATTORNEYS FOR DEFENDANT
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD**

## CERTIFICATE OF SERVICE

The undersigned does certify that on July 20, 2017, the foregoing *Defendant National Fire Insurance Company of Hartford's Corporate Disclosure Statement* was electronically filed, as required by the United States District Court for the Western District of Texas, San Antonio Division, using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Western District of Texas, San Antonio Division.

Robert W. Loree, Esq.
LOREE & LIMSCOMB
The Terrace at Concord Park
777 E. Sonterra Blvd., Ste. 320
San Antonio, Texas 78258
Telephone:  (210) 404-1320
Facsimile:  (210) 404-1310
E-Mail: rob@lhllawfirm.com

*Attorney for Plaintiffs*

/s/ *Anthony S. Cox*
Anthony S. Cox